FRANCIS PEARCE *v.* CITY OF NEW HAVEN

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Thomas E. Farver*, in support of the petition.

*Michael McAuliffe*, in opposition.

Decided June 17, 2003

STATE OF CONNECTICUT *v.* MAURICE NELSON

*David B. Rozwaski*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided June 17, 2003

BRUCE D. JEFFERSON *v.* CHRISTOPHER
EDDY ET AL.

*Bruce D. Jefferson*, pro se, in support of the petition.

*Robert F. Vacchelli*, assistant attorney general, in opposition.

Decided June 25, 2003